IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00829-REB-KLM

BAYLIN KYLE,
RUDY SALAZAR, and
COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

      Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF DEPARTMENT,
ALVIN LACABE, in his official capacity as Manager of Public Safety for the City & County
of Denver,
WILLIAM LAVINGIER, in his official capacity as the Director of Corrections and
Undersheriff for the City and County of Denver, and
ELIAS DIGGINS, in his official capacity as Division Chief for the County Jail Division for the
City and County of Denver,

      Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 22; Filed August 19, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

      IT IS FURTHER **ORDERED** that the Court accepts the Protective Order for filing and enters it as an Order of the Court, with interlineations, as of today's date.

      Dated: August 20, 2010