**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00829-REB-KLM

BAYLIN KYLE,
RUDY SALAZAR, and
COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

    Plaintiffs,

v.

CITY & COUNTY OF DENVER, INCLUDING ITS SHERIFF'S DEPARTMENT,
ALVIN LACABE, in his official capacity as Manager of Public Safety for the City & County of Denver,
WILLIAM LOVINGIER, in his official capacity as the Director of Corrections and Undersheriff for the City and County of Denver, and
ELIAS DIGGINS, in his official capacity as Division Chief for the County Jail Division for the City and County of Denver,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal With Prejudice** [#37] filed May 27, 2011. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#37] filed May 27, 2011, is **APPROVED**;

    2. That the Court shall retain jurisdiction for the purpose of enforcing the General Release and Settlement Agreement between the Plaintiffs and the City and County of Denver should such enforcement be necessary; and

      3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 31, 2011, at Denver, Colorado.

      **BY THE COURT**:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge